# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS MANUEL SIERRA, *et al.*, | Case No.:  2:12-cv-00230-GMN-CWH |
| Plaintiffs, | |
| vs. | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE C. W. HOFFMAN, JR.** |
| DESERT PALACE, INC., *et al.*, | |
| Defendants. | (ECF No. 15 – Plaintiffs' Countermotion for Leave to Amend Complaint) |

Before the Court for consideration is the Report and Recommendation (ECF No. 39) of the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, entered February 27, 2013. No objections have been filed.  The Court has reviewed the pleadings on file herein, and hereby determines that Magistrate Judge Hoffman's Recommendation with regard to ECF No. 15 should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs' claims for the tort of forcible entry and the intentional tort of trespass are **DISMISSED with prejudice** for the reasons set forth in the Report and Recommendation (ECF No. 39) of the Honorable C. W. Hoffman, Jr., United States Magistrate Judge, entered February 27, 2013.

**DATED** this 14th day of March, 2013.

_____
Gloria M. Navarro
United States District Judge