LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9990 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500
(702) 382-1512 – fax
bebert@lipsonneilson.com
sgutierrez@lipsonneilson.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS MANUEL SIERRA and LAURA LEBRIJA,<br><br>Plaintiffs,<br><br>v.<br><br>DESERT PALACE, INC., a Nevada Corporation, dba, CAESARS PALACE LAS VEGAS, JESUS MONTANO, DOES I-IV and ROES I-V.<br><br>Defendants. | CASE NO.: 2:12-CV-00230-JAD-CWH |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Carlos Manuel Sierra and Plaintiff Laura Lebrija and Defendant Desert Palace, Inc. dba Caesars Palace Las Vegas and Defendant Jesus Montano, by and through their respective counsel of record, that the above entitled matter is hereby dismissed in its entirety, with prejudice, as against the named defendants in their individual and official capacities, and their heirs, executors, administrators and assigns. Plaintiffs further hereby release each of the named defendants from any and all claims, liabilities and causes of action related to or arising out of the above-captioned action. Each of the

1   Parties will bear their own attorney's fees and costs.

2   This Stipulation and Order for Dismissal with Prejudice and any Order entered
3   thereon shall have no precedential value or effect whatsoever and shall not be
4   admissible in any other action or proceeding as evidence or for any other purpose
5   except in an action or proceeding to enforce this Stipulation and Order for Dismissal.

Dated this _____ day of December, 2014    Dated this _____ day of December, 2014

**GARCIA-MENDOZA & SNAVELY**           **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

DATED this 7 day of ~~December, 2014~~ Jan 2015.    DATED this 7 day of ~~December, 2014~~ January 2015.

/s/ _____            /s/ _____
EVA GARCIA-MENDOZA, ESQ.               J. WILLIAM EBERT, ESQ.
NEVADA BAR NO.: 1779                   NEVADA BAR NO.: 2697
LUTHER SNAVELY, ESQ.                   SIRIA L. GUTIERREZ
NEVADA BAR NO. 5507                    NEVADA BAR NO. 11981
501 So. Seventh Street                 9900 Covington Cross Dr. #120
Las Vegas, Nevada 89101                Las Vegas, Nevada 89144

*Attorneys For Plaintiffs*              *Attorneys For Defendants*

### ORDER OF DISMISSAL

Based on the foregoing stipulation, it is hereby ORDERED that Plaintiffs' Complaint is dismissed in its entirety, with prejudice, and each party to bear their own attorney's fees and costs.  The Clerk of Court is directed to vacate the trial date and close this case.

Dated: January 8, 2015.

_____
UNITED STATES DISTRICT JUDGE